UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-60738-CIV-ALTONAGA/Brown

CHABAD OF NOVA, INC.,

    Plaintiff,

v.

CITY OF COOPER CITY,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court upon Plaintiff, Chabad of Nova, Inc.'s Unopposed Motion To Utilize Technology in the Courtroom [D.E. 121], filed on July 30, 2008. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion **[D.E. 121]** is **GRANTED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 31st day of July, 2008.

_____
CECILIA M. ALTONAGA
UNITED STATES DISTRICT COURT

cc:    counsel of record